JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ZARIAN,<br><br>        Plaintiff,<br><br>v.<br><br>MATTHEWS INVESTMENT CO.,<br><br>        Defendant. | Case No. CV 20-05299 AB (JCx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  July 15, 2020      _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.